Moonbeam Gateway Mar., LLC v Tai Chan (2025 NY Slip Op 03803)

Moonbeam Gateway Mar., LLC v Tai Chan

2025 NY Slip Op 03803

Decided on June 25, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
PAUL WOOTEN
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2024-05127
 (Index No. 526959/22)

[*1]Moonbeam Gateway Marina, LLC, respondent,
v
Tai Chan, appellant.

Bryant & Pipenger, LLP, Mineola, NY (Matt Bryant of counsel), for appellant.
Andrei A. Popescu, PLLC, Brooklyn, NY, for respondent.

DECISION & ORDER
In an action, inter alia, to recover damages for defamation, the defendant appeals from an order of the Supreme Court, Kings County (Francois A. Rivera, J.), dated April 18, 2024. The order, insofar as appealed from, in effect, denied that branch of the defendant's motion which was for an award of attorneys' fees incurred by him in prosecuting that branch of his separate motion which was pursuant to Civil Rights Law § 70-a(1)(a) for an award of costs and attorneys' fees.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The appeal must be dismissed as academic in light of our determination on a related appeal (see Moonbeam Gateway Marina, LLC v Tai Chan, ___ AD3d ___ [Appellate Division Docket No. 2024-02127; decided herewith]).
DILLON, J.P., WOOTEN, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court